## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS HUSSEY, | Civil Case No. |
| Plaintiff, | |
| v. | |
| SOURCE MARKETING, LLC, | |
| Defendant. | |

## COMPLAINT AND JURY DEMAND

Plaintiff, Thomas Hussey ("Plaintiff"), by his undersigned attorneys, Rath, Young, and Pignatelli, P.C., for his complaint alleges as follows:

### SUBSTANCE OF THE ACTION

1.     This is a case of willful copyright infringement in violation of 17 U.S.C. §§ 106 and 501 *et seq.*  Plaintiff seeks compensatory and statutory damages in an amount to be established at trial.

### PARTIES

2.     Plaintiff Thomas Hussey is an individual doing business as Tom Hussey Photography, LLC with an address at 154 Express Street, Dallas, Texas 72507.

3.     Upon information and belief, defendant Source Marketing LLC

("Defendant") is a foreign company registered in the State of Connecticut with a place of business at 761 Main Avenue, Norwalk, Connecticut, 06851.

## JURISDICTION AND VENUE

4.     This is a civil action in which Plaintiff is seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, and therefore this Court has jurisdiction under 17 U.S.C. § 101 *et seq.,* 28 U.S.C. § 1331 (federal question jurisdiction), and 28 U.S.C. § 1338(a) (jurisdiction over copyright actions).

5.     Personal jurisdiction over Defendant is proper because Defendant is conducting business in this judicial district and committing torts in this state, including without limitation Defendant's copyright infringement, which causes harm in this state and in this judicial district. Further, Defendant is registered in this state, with a place of business in this state.

6.     Pursuant to 28 U.S.C. § 1391, venue properly lies in this Court because a substantial part of the events giving rise to the claims herein occurred in this judicial district.  Venue is further proper pursuant to 28 U.S.C. § 1400(b) because the Defendant resides, committed the acts of infringement, and has a regular and established place of business in this judicial district.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

**A.    Plaintiff's Business**

7.    Plaintiff is a professional photographer based out of Dallas, Texas and, through his business Tom Hussey Photography, creates and licenses photographic images for various uses.

8.    Plaintiff has established a significant and valuable reputation through the success of his many works.  He specializes in commercial advertising and lifestyle photography and has worked for a wide range of national and international clients.  His "Reflections" series of photographs for Novartis won a Gold Addy Award from the American Advertising Federation and was featured in *Communication Arts 2010 Photography Annual*.  In 2011, Plaintiff was the only American to be named in the top 10 of *Adweek's* "Top 100" (out of more than 2,760) illustrator, graphic artist, art director, design shop, photographer and student portfolios.

9.    In addition to his commercial shooting, Plaintiff has taught photography at the Rochester Institute of Technology in New York and Texas A&M University-Commerce and has worked in the Conservation Laboratory at the International Museum of Photography at George Eastman House.

10.    Photography is his life's work and his love and dedication to the art is remarkably illuminated in his works.

11.     Accordingly, Mr. Hussey's intellectual property is very important to him.  As a result, he typically includes digital copyright management information in his photographs.

12.     Among the many moving photographs taken by the Plaintiff, Plaintiff is the original author of the award-winning photographic images N-46-Graduate, N-46-Scientist-Crop, N-46-Korean Teacher, N-46-Nurse, which are at issue in this case (the "Copyrighted Works").  Attached hereto as Exhibit A are copies of the Copyrighted Works demonstrating Plaintiff's inclusion of copyright management information.

13.     On June 8, 2009, Plaintiff obtained a registration with the United States Copyright Office for the Copyright Works as part of a collection of photographic images titled, N-46.  Attached hereto as Exhibit B is a copy of the certificate for Registration Number VA 990-319 obtained from the United States Copyright Office.

14.     Plaintiff owns all rights, title, and interest, including copyrights, in and to the Copyrighted Works.

**B.     Defendant's Unlawful Activities**

15.     Upon information and belief, Defendant owns and operates a website, located at the URL www.brandflakesforbreakfast.com where Defendant uses various media including high quality, alluring photographic images, such as those

4

belonging to Plaintiff, to draw internet users to visit its website where it showcases marketing campaigns.

16.    In July of 2017, Plaintiff discovered instances in which Defendant was using the Copyrighted Works to grow viewership at its website, infringing Plaintiff's exclusive copyrights in the Copyrighted Works by reproducing, distributing, and publicly displaying the Copyrighted Works at the following URL: http://www.brandflakesforbreakfast.com/2012/03/nostalgic-reflections.html.

17.    Defendant's reproduction, distribution, and public display of the Copyrighted Works are without Plaintiff's permission and are conducted with full knowledge that it does not have such permission or with reckless disregard for the lawful need of such permission.  Copies of screenshots demonstrating Defendant's unauthorized use ("Infringing Works") are attached hereto as Exhibit C.

18.    In addition, upon information and belief, Defendant knowingly altered and/or falsified copyright management information to conceal Defendant's infringement of Plaintiff's Copyrighted Work.

## CLAIM FOR RELIEF
## DIRECT COPYRIGHT INFRINGEMENT
### (17 U.S.C. § 101 *et seq.*)

19.    Plaintiff realleges the above paragraphs and incorporates them by reference as if fully set forth herein.

20.    The Copyrighted Works are original works of authorship, which

embody copyrightable subject matter, and are subject to the full protection of the copyright laws of the United States. Plaintiff owns all rights, title and interest in and to the copyrights in the Copyrighted Works.

21. Upon information and belief, Defendant had access to the Copyrighted Works prior to the creation of the Infringing Works.

22. By its actions, as alleged above, Defendant has infringed Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. §501 *et seq.,* by reproducing, distributing and publicly displaying the Infringing Works.

23. Upon information and belief, Defendant's infringement of Plaintiff's copyrights is willful and deliberate and Defendant has profited at the expense of Plaintiff.

24. As a direct and proximate result of Defendant's infringement of Plaintiff's copyrights and exclusive rights in the Copyrighted Works, Plaintiff is entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each infringing reproduction, each infringing distribution, and each infringing public display, or such other amounts as may be proper under 17 U.S.C. § 504(c). Alternatively, at Plaintiff's election, pursuant to 17 U.S.C. § 504(b), Plaintiff shall be entitled to recover damages and a disgorgement of Defendant's profits from infringement, amounts which will be proven at trial.

25.     Plaintiff is entitled to his costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

26.     Defendant's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff, unless enjoined by this Court. Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

## SECOND CLAIM FOR RELIEF
## VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT
## (17 U.S.C. § 1202)

27.     Plaintiff realleges the above paragraphs and incorporates them by reference as if fully set forth herein.

28.     Upon information and belief, Defendant has intentionally removed copyright management information which was digitally included the Copyright Works.

29.     Upon information and belief, Defendant removed and/or altered copyright management information knowing or having reasonable grounds to know that such actions would conceal its infringement of Plaintiff's copyright.

30.     Upon information and belief, Defendant reproduced, distributed and publicly displayed the Copyrighted Works without copyright management information in order to facilitate or conceal the infringement of Plaintiff's

copyrights.

31.     Upon information and belief, Defendant's acts in violation of the Digital Millennium Copyright Act were willful.

32.     By reason of Defendant's violations of the Digital Millennium Copyright Act, Plaintiff has sustained and will continue to sustain substantial injuries.

33.     Further irreparable harm is imminent as a result of Defendant's conduct, and Plaintiff is without an adequate remedy at law.  Plaintiff is therefore entitled to an injunction, in accordance with 17 U.S.C. § 1203(b), restraining Defendant, its officers, directors, agents, employees, representatives, assigns, and all persons acting in concert with Defendant from engaging in further violations of the Digital Millennium Copyright Act.

34.     At its election, and *in lieu* of Defendant's profits derived from their violations of the Digital Millennium Copyright Act and Plaintiff's actual damages, Plaintiff is entitled to recover statutory damages in accordance with 17 U.S.C. § 1203(c)(3)(B) up to a maximum of $25,000.

35.     Plaintiff is entitled to recover costs and attorneys' fees in accordance with 17 U.S.C. § 1203(b)(4) and (5).

WHEREFORE, Plaintiff demands judgment as follows:

1.     A declaration that Defendant has infringed Plaintiff's copyrights

under the Copyright Act;

2.     A declaration that such infringement is willful;

3.     An accounting of all revenue earned by Defendant during the period in which it reproduced, distributed or displayed the Copyrighted Works, or any portion or derivation of the Copyrighted Works;

4.     Awarding Plaintiff all gains, profits, property and advantages obtained or derived by Defendant from its acts of copyright infringement or, *in lieu* thereof, should Plaintiff so elect, such statutory damages as the Court shall deem proper, as provided in 17 U.S.C. §§ 504(c), including damages for willful infringement of up to $150,000 for each instance of copyright infringement;

5.     Awarding Plaintiff such exemplary and punitive damages as the Court finds appropriate to deter any future infringement;

6.     Awarding Plaintiff its costs and disbursements incurred in this action, including its reasonable attorneys' fees, as provided in 17 U.S.C. § 505;

7.     A declaration that Defendant has violated the Digital Millennium Copyright Act by intentionally removing copyright management information and intentionally providing and distributing false copyright management information to conceal infringement;

8.     Awarding Plaintiff all gains, profits, property and advantages obtained or derived by Defendant from its violations of the Digital Millennium Copyright

Act or, in lieu thereof, should Plaintiff so elect, such statutory damages as the Court shall deem proper, as provided in 1203(c)(3)(B), including damages up to $25,000 for each violation of the Digital Millennium Copyright Act;

9.     Awarding Plaintiff such exemplary and punitive damages as the Court finds appropriate to deter any future willful infringement;

10.    Awarding Plaintiff its costs and disbursements incurred in this action, including its reasonable attorneys' fees, as provided in 17 U.S.C. §§ 505 and 1203(b)(5);

11.    Awarding Plaintiff interest, including pre-judgment interest, on the foregoing sums;

12.    Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, public display, advertise, reproduce, develop or manufacture any works derived or copied from the Plaintiff's Copyrighted Work or to participate or assist in any such activity; and

13.  For such other and further relief as the Court may deem just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated:  July 21, 2017

Respectfully submitted,

RATH, YOUNG AND PIGNATELLI P.C.

By:  /s/ Steven J. Lauwers
Steven J. Lauwers, Esquire
Bar No.  ct30312
Email: sjl@rathlaw.com
R. Terry Parker, Esquire
(Pro Hac Vice admission sought)
One Capital Plaza
Concord, New Hampshire
Tel.: (603) 410-4338
Email: rtp@rathlaw.com

*Attorneys for Plaintiff Thomas Hussey*

# EXHIBIT A

Copyright TOM HUSSEY Photograp.





Copyright A© TOM HUSSEY Photo.



Copyright TOM HUSSEY Photograph



# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 990-319

**Effective date of
registration:**

June 8, 2009

---

## Title

**Title of Work:** N-46

## Completion/ Publication

**Year of Completion:** 2009

## Author

**Author:** Tom Hussey

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Tom Hussey

154 Express Street, Dallas, TX, 75207, United States

## Rights and Permissions

**Organization Name:** TOM HUSSEY Photography, LLC

**Name:** Tom Hussey

**Email:** me@tomhussey.com          **Telephone:** 214-741-4034

**Address:** 154 Express Street

Dallas, TX 75207  United States

## Certification

**Name:** Tom Hussey

**Date:** June 8, 2009

**Applicant's Tracking Number:** N-46 Copyright

---

**Correspondence:** Yes

# EXHIBIT C



brandflakesforbreakfast: nostalgic reflections - Mozilla Firefox

brandflakesforbrea... ×

www.brandflakesforbreakfast.com/2012/03/nostalgic-reflections.html

Q Search

Diese Website verwendet Cookies von Google, um ihre Dienste bereitzustellen, Anzeigen zu personalisieren und Zugriffe zu analysieren. Informationen darüber, wie du die Website verwendest, werden an Google weitergegeben. Durch die Nutzung dieser Website erklärst du dich damit einverstanden, dass sie Cookies verwendet.

**WEITERE INFORMATIONEN   OK**

March 2017 (13)
February 2017 (19)
January 2017 (22)
December 2016 (17)

— Topics —

### Taste all of these flavors

ads (947) creativeinspiration (906) social media (801) art (657) design (513) video (476) adindustry (409) technology (401) outdoor (391) twitter (383) viral (365) branding (360) marketing (352) photography (351) yummyfood (334) trends (330) pop culture (322) retail (287) fashion (284) facebook (279) newyork (250) workplace (228) advertising (225) just for fun (216) nonprofit (214) youthmarketing (206) music (204) automotive (197) stunts (174) beverage (170) tv (167) google (166) architecture (163) blogging (160) holiday (160) food (157) film (154) plaid (153) web2.0 (150) streetart (141) mobile (134) parody (132) productdesign (127) self promotion (127) illustration (122)

A beautiful, nostalgic photo series of people looking at themselves in mirrors and revealing who they used to be. Created by photographer Tom Hussey for the drug company Novartis.

Via.

Modified: 12 Jul 2017  Screenshot: 13 Jul 2017 10:05:29  Display Size: 412x279px





brandflakesforbreakfast: nostalgic reflections - Mozilla Firefox

brandflakesforbrea... ×

www.brandflakesforbreakfast.com/2012/03/nostalgic-reflections.html

Search

Diese Website verwendet Cookies von Google, um ihre Dienste bereitzustellen, Anzeigen zu personalisieren und Zugriffe zu analysieren. Informationen darüber, wie du die Website verwendest, werden an Google weitergegeben. Durch die Nutzung dieser Website erklärst du dich damit einverstanden, dass sie Cookies verwendet.

WEITERE INFORMATIONEN OK

your daily recommended dose of marketing inspiration. Never sugar coated. May contain nuts.

Archives

## Look back at these past bites

July 2017 (1)
June 2017 (21)
May 2017 (22)
April 2017 (20)
March 2017 (13)
February 2017 (19)
January 2017 (22)
December 2016 (17)

Topics

## Taste all of these flavors

ads (947) creativeinspiration (906) social media (801) art (657) design (513) video (476) adindustry (409) technology (401) outdoor (391)

Modified: 12 Jul 2017 Screenshot: 13 Jul 2017 10:05:29

brandflakesforbreakfast: nostalgic reflections - Mozilla Firefox

brandflakesforbrea... ×

www.brandflakesforbreakfast.com/2012/03/nostalgic-reflections.html

Search

Diese Website verwendet Cookies von Google, um ihre Dienste bereitzustellen, Anzeigen zu personalisieren und Zugriffe zu analysieren. Informationen darüber, wie du die Website verwendest, werden an Google weitergegeben. Durch die Nutzung dieser Website erklärst du dich damit einverstanden, dass sie Cookies verwendet.   **WEITERE INFORMATIONEN   OK**

A beautiful, nostalgic photo series of people looking at themselves in mirrors and revealing who they used to be. Created by photographer Tom Hussey for the drug company Novartis.

VIa.

M D 🖂 f ⊕ 𝓟 G+1  +2  Recommend this on Google

Breakfast of March 14, 2012

Posted by Domtron

Labels: advertising, art, photography

No comments:

Post a Comment

Newer Post                Home                Older Post

Subscribe to: Post Comments (Atom)

(476)  adindustry  (409)
technology (401) outdoor (391)
twitter (383) viral (365) branding
(360)  marketing  (352)
photography (351) yummyfood
(334) trends (330) pop culture
(322) retail (287) fashion (284)
facebook (279) newyork (250)
workplace (228) advertising
(225) just for fun (216) nonprofit
(214)  youthmarketing  (206)
music (204) automotive (197)
stunts (174) beverage (170) tv
(167) google (166) architecture
(163) blogging (160) holiday
(160) food (157) film (154) plaid
(153) web2.0 (150) streetart
(141) mobile (134) parody (132)
productdesign  (127)  self
promotion (127) illustration (122)
travel (119) youtube (118)
identity (114) gaming (109)
productivity (109) beer (108)
package design (107) ad (106)
sports marketing (105) stunt
(102)  commercial  (98)
experiential (97) mashup (92)
app (91) publishing (91) search
(91) politics (90) thisweekatPlaid
(87) green (86) typography (85)
apps (83) iphone (83) psa (83)

SOURCE MDC Partners ©2016 Source an MDC Partners Company

Modified: 12 Jul 2017  Screenshot: 13 Jul 2017 10:05:12  Display Size: 412x279px





Diese Website verwendet Cookies von Google, um ihre Dienste bereitzustellen, Anzeigen zu personalisieren und Zugriffe zu analysieren. Informationen darüber, wie Sie die Website verwenden, werden an Google weitergegeben. Durch die Nutzung dieser Website erklärst du dich damit einverstanden, dass sie Cookies verwendet.    WEITERE INFORMATIONEN    OK

Taste all of these flavors

Topics

December 2016

January 2017

February 2017

March 2017

April 2017

May 2017

June 2017

July 2017

Look back at these past bites

Archives



Now your brand news diet is a chockfull of tasty tales of Customer Experiences (CX). Served-fresh every morning for your daily recommended dose of marketing inspiration. Never sugar coated. May contain nuts.



nostalgic reflections



100% Recycled Paperboard





964161255975057.jpg (JPEG Image, 600 × 400 pixels) - Mozilla Firefox



Modified: 05 Jul 2017  Screenshot: 05 Jul 2017 00:50:02

